OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

PRESORTED
FIRST CLASS

U.S. POSTAGE >> PITNEY BOWES

ZIP 78701 $ 000.26³
02 1W
0001401603 SEP 19 2016

**9/19/2016**
**WILLIAMS, RONNEY EARL    Tr. Ct. No. 1476283-B                    WR-46,473-1**
On this day, the application for 11.07 Writ of Habeas Corpus has been received
and presented to the Court.

Abel Acosta, Clerk

RONNEY EARL WILLIAMS
██████ - TDC # 2052906
█████████
H████████

Released

U TF




